JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SCHYLAR COLFAX, ) <br> ) <br> Defendant. ) <br> ) <br> ) | NO. CR23-5326 BHS <br><br> ORDER ON MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

THIS MATTER having come on before the above-entitled Court upon the motion of the defendant Schylar Colfax for an order allowing Brett A. Purtzer and the Hester Law Group, Inc., P.S., to be permitted to withdraw as counsel for the defendant and for new counsel to be appointed; and the Court being in all things fully advised; NOW, THEREFORE, it is hereby

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

ORDER ALLOWING WITHDRAWAL AND
SUBSTITUTION OF ATTORNEY - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

ORDERED, ADJUDGED AND DECREED that Brett A. Purtzer and the Hester Law Group, Inc., P.S., are hereby permitted to withdraw as counsel for the defendant and that new counsel shall be appointed.

DATED this 27th day of March, 2024.

*signature*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

HESTER LAW GROUP, INC., P.S.
Withdrawing attorneys

By:    */s/ Brett A. Purtzer*
       BRETT A. PURTZER
       WSB #17283

ORDER ALLOWING WITHDRAWAL AND
SUBSTITUTION OF ATTORNEY - 2

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157